UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-CV-81027-MIDDLEBROOKS/Matthewman

DALIA DIPPOLITO,

    Petitioner,

v.

FLORIDA DEPARTMENT OF CORRECTIONS,

    Respondent.
_____/

## FINAL JUDGMENT

Pursuant to my Order denying Petitioner Dalia Dippolito's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, it is hereby **ORDERED AND ADJUDGED** that:

1. Judgment is **ENTERED** in favor of the Respondent;
2. The Clerk of Court shall **CLOSE THIS CASE**; and,
3. All pending motions are **DENIED AS MOOT**.

**SIGNED** in Chambers in West Palm Beach, Florida, this 7 day of May, 2025.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Magistrate Judge William Matthewman;
           Counsel of Record